IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA NAILS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV421-032 |
| | ) |
| CITY CHATHAM COUNTY TAX COMMISSION, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

Before the Court is the Magistrate Judge's June 2, 2021, Report and Recommendation (Doc. 6), to which plaintiff has filed an objection[1] (Doc. 7). The objection offers no facts or argument contesting the findings of the Magistrate Judge. After a careful de novo review of the record, the Court **OVERRULES** the objection and **ADOPTS** the report and recommendation (Doc. 6) as its opinion

---

[1] Plaintiff has filed what she captions as "Appealing the United States District Court," in which she "appeal[s] the signed Judge['s] recommendation ruling" in three of her pending cases. (Doc. 7.) The purpose of this filing is not entirely clear. As no final decision has been entered, appeal to the Eleventh Circuit is not available. 28 U.S.C. § 1291. It is possible that Plaintiff intends to seek reconsideration of the matter under 28 U.S.C. § 636(b)(1)(a); however, such reconsideration imposes a standard of review more deferential to the Magistrate Judge's decision than the normal de novo review applied in adopting Reports and Recommendations. The Court, therefore, construes Plaintiff's filing as an objection to the Report and Recommendation. Retic v. United States, 215 F. App'x 962, 964 (11th Cir. 2007) ("Federal courts sometimes will ignore the legal label that a pro se litigant attaches to a motion and recharacterize the motion in order to place it within a different legal category.") (quotation omitted).

in this case. As a result, Plaintiff's complaint is **DISMISSED** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED** this 14th day of June 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA